Brent Ray BREWER, Petitioner–Appellee,

v.

Nathaniel QUARTERMAN, Director, Texas Department of Criminal Justice, Correctional Institutions Division, Respondent–Appellant.

No. 04–70034.

United States Court of Appeals, Fifth Circuit.

Dec. 27, 2007.

Michael Dennis Samonek, Denton, TX, for Brewer.

Edward Larry Marshall, Austin, TX, for Quarterman.

*ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES*

Before JOLLY, SMITH and GARZA, Circuit Judges.

PER CURIAM:

This court reversed the district court's judgment conditionally granting a writ of habeas corpus. *Brewer v. Dretke,* 442 F.3d 273 (5th Cir.2006) (reversing *Brewer v. Dretke,* 2004 WL 1732312, 2004 U.S. Dist. LEXIS 14761 (N.D.Tex. Aug. 2, 2004)). The Supreme Court reversed. *Brewer v. Quarterman,* —— U.S. ——; 127 S.Ct. 1706, 167 L.Ed.2d 622 (2007).

The state acknowledges that in light of the denial of the petition for writ of *certiorari* in *Nelson v. Quarterman,* 472 F.3d 287 (5th Cir.2006) (en banc), *cert. denied,* —— U.S. ——, 127 S.Ct. 2974, 168 L.Ed.2d 719 (2007), this court should re-

mand for re-entry of the conditional grant of habeas corpus relief. Accordingly, this matter is REMANDED so that the district court can re-enter its judgment to provide that a writ shall issue, vacating the sentence and commuting it to life imprisonment unless, within 180 days of the re-entry of judgment, the state grants a new sentencing hearing or commutes the sentence to life imprisonment.